IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| CATHETER FLUSHING LLC | § | Civil Action No. 2:10-cv-00963-TC |
| | § | |
| Plaintiff, | § | Judge Tena Campbell |
| | § | |
| v. | § | ORDER OF DISMISSAL WITH |
| | § | PREJUDICE AS TO DEFENDANT |
| ANGIODYNAMICS, INC., BARD ACCESS SYSTEMS, INC., BECTON, DICKINSON AND COMPANY, MEDICAL COMPONENTS, INC., NAVILYST MEDICAL, INC., AND SMITHS MEDICAL ASD, INC., | § § § § § § § | MEDICAL COMPONENTS, INC. |
| Defendants. | § | |

Pursuant to the Joint Motion to Dismiss Medical Components, Inc. filed by Plaintiff Catheter Flushing LLC ("Catheter Flushing") and Defendant Medical Components, Inc. ("Medical Components") and for other good cause;

The Court ORDERS, ADJUDGES, AND DECREES as follows:

1. Catheter Flushing's claims against Medical Components in this action are dismissed WITH PREJUDICE;

2. Medical Components' claims against Catheter Flushing in this action are dismissed WITH PREJUDICE; and

3. All attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated this 19th of Aug, 2011.

1

*(signature)*
_____
Tena Campbell, Judge
United States District Court